**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Joe H. Martinez v. The State of Texas

Appellate case number:   01-11-00904-CR

Trial court case number:  1289655

Trial court:                    263rd District Court of Harris County

　　　A supplemental clerk's record that complies with our Order of Abatement has been filed. Accordingly, the appeal is **reinstated**.

　　　The record is complete, the briefs have been filed, and the case is set at issue.

　　　It is so **ORDERED**.

Judge's signature: /s/ Chief Justice Sherry Radack
　　　　　　　　　　☐ Acting individually　　☐ Acting for the Court

Date:  August 16, 2012